# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

|  |  |
|---|---|
| Laszlo R Lukacs, Jr | **Chapter:** 13 |
|  | **Case Number:** 15-58139 |
|  | **Judge:** Thomas Tucker |
| Debtor(s). | |

## MOTION TO EXTEND TIME FOR DEADLINE TO FILE SCHEDULE AND OTHER DOCUMENTS

NOW COMES, debtor by and through his attorney, Jaafar and Mahdi Law Group PC, in support of his motion and states as follows:

1. Debtor filed a chapter 13 Bankruptcy on December 15, 2015.
2. Debtor did not file complete schedules and other statement, and was ordered to file additional documents by December 29, 2015.
3. Debtor's 341 meeting is scheduled for February 2, 2016 at 11:00 a.m.
4. Debtor is waiting for his CPA to provide documents to complete his schedules.
5. Concurrence from the Chapter 13 Trustee was sought for this motion on December 28, 2015 and no answer was received either yes or no.

WHEREFORE, Debtor by and through his attorney, Jaafar and Mahdi Law Group, requests that this honorable court grant their extension to file papers until January 12, 2016 which is 14 days prior to his 341 hearing.

Date: December 29, 2015

/s/Zak Mahdi
**Zak Mahdi p70728**
**Michael Jaafar p69782**
**23400 Michigan Ave, Suite 110**
**Dearborn, MI 48124**
**3138466400**
**zakmahdi@jaafarandmahdi.com**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

    Laszlo R Lukacs, Jr          **Chapter:** 13
                                     **Case Number:** 15-58139
                                     **Judge:** Thomas Tucker

        Debtor(s).
_____/

**(Proposed)**
**ORDER EXTENDING DEADLINE TO FILE PAPERS PURSUANT TO LBR 9006-1**

    **IT IS HEREBY ORDERED** that the deadline to file the remainder of debtor's schedules and other statements shall be extended to January 12, 2016.

Exhibit 1

**UNITED STATES BANKRUPTCY COURT**
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Laszlo R Lukacs, Jr. | **Chapter:** 13<br>**Case Number:** 15-58139<br>**Judge:** Thomas Tucker |
| Debtor(s). / | |

**NOTICE OF MOTION TO EXTEND DEADLINE TO FILE PAPERS**

Debtor has filed papers with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in a motion or objection], or if you want the court to consider your views on the [motion] [objection], within 3 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 West Fort Street
Detroit MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

> Zak Mahdi (P70728)
> Jaafar and Mahdi Law Group, P.C.
> 23400 Michigan Ave, Ste 110
> Dearborn, MI 48124
> 313-846-6400
> Fax: 313-846-3200
> zakmahdi@jaafarandmahdi.com

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

Date: December 29, 2015                    /s/ Zak Mahdi_____
                                           **Zak Mahdi p70885**
                                           **23400 Michigan Ave, Suite 110**
                                           **Dearborn, MI 48124**
                                           **3138466400**
                                           **zakmahdi@jaafarandmahdi.com**

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

    Laszlo R Lukacs, Jr.   **Chapter:** 13
                                          **Case Number:** 15-58139
                                          **Judge:** Thomas Tucker

    Debtor(s).
_____ /

## **CERTIFICATE OF SERVICE**

I, Zak Mahdi, certify that on December 29, 2015 a copy of debtor's motion to extend deadline to file papers, proposed order, notice of motion, and this certificate of service, was served electronically and by regular US mail on all the parties listed on the attached mailing matrix.

Date: December 29, 2015                  /s/ Zak Mahdi _____
                                                 Zak Mahdi P70728
                                                 **23400 Michigan Ave, Suite 110**
                                                 **Dearborn, MI 48124**
                                                 **3138466400**
                                                 **zakmahdi@jaafarandmahdi.com**