UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:15-58139
Chapter 13
Hon: SHAPERO

Laszlo Lukacs, Jr.
                 Debtor(s).
_____/

## ORDER RESOLVING MOTION TO LIFT THE AUTOMATIC STAY

This matter has come before this Court upon the agreement of the parties in resolution of the Motion for Relief for Stay, and it appears to this Court that ALLIANCE CATHOLIC CREDIT UNION, Creditor, holds a lien on the Debtor's 2005 Active Thunder Boat. The Debtor hereby offers the provisions of this Stipulation in order to resolve Creditors motion as follows:

**IT IS HEREBY ORDERED** In the event that debtor(s) fails(s) to maintain full coverage insurance on the collateral, Creditor may submit a notice of Default, served upon debtor and debtor's counsel and permitting 21 days from the service of the notice in which to cure any and all defaults to maintain full coverage insurance. If debtor(s) fails to cure the defaults in insurance after having been provided with notice under the provisions of this order, then the Creditor may submit an Order of Lift of Stay to the Bankruptcy Court along with an affidavit attesting to a failure to make direct payments, and the stay shall be lifted without a further hearing, or notice.

Signed on February 03, 2016

                                       /s/ Walter Shapero
                                       Walter Shapero
                                       United States Bankruptcy Judge